United States District Court
Southern District of Texas
**ENTERED**
August 06, 2026
Nathan Ochsner, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAYSON JOSE VARONA BENITEZ, | § | |
| | § | |
| Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-06291 |
| | § | |
| RANDY TATE, | § | |
| | § | |
| Respondent. | § | |

## ORDER OF DISMISSAL

The petitioner, Dayson Jose Varona Benitez, is a detainee in the custody of United States Department of Homeland Security, Immigration and Customs Enforcement ("ICE") officials and is subject to a final order of removal. Petitioner filed this petition for a writ of habeas corpus under 28 U.S.C. § 2241, which is his second petition challenging his detention. Doc. No. 1. On June 23, 2026, petitioner's prior case was dismissed because the court found that petitioner had refused to cooperate with his removal, which negated his claims under *Zadvydas v. Davis*, 533 U.S. 678 (2001), that his removal was not reasonably foreseeable. *See Varona Benitez v. Tate*, Civ. A. No. 4:26-cv-3251 (S.D. Tex. June 23, 2026). Petitioner's new petition does not reflect that there has been a material change in his circumstances since the Court dismissed his first petition.

The petitioner is cautioned that repetitive filings where there is no material change in circumstances waste judicial resources and may result in a finding of an abuse of the writ or that the petitioner is not proceeding in good faith.

Accordingly, the Court **ORDERS** as follows:

1. The petition is **DISMISSED** for the same reasons set forth in *Varona Benitez v. Tate*, Civ. A. No. 4:26-cv-3251 (S.D. Tex. June 23, 2026), and as duplicative of that case.
2. All pending motions, if any, are **DENIED**.
3. This case is **CLOSED**.

SIGNED on this 6th day of August 2026.

ANDREW S. HANEN
UNITED STATES DISTRICT JUDGE